## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michael Arevalo Jr.**<br>DOB: 1978; U.S. | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-07092MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
**COUNT 1:** On or about January 8, 2026, in the District of Arizona, **Michael Arevalo Jr.**, did knowing or in reckless disregard of the fact that certain aliens, including Jhonny Lino-Guadamud, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section ' 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On January 8, 2026, in the District of Arizona (Douglas), at approximately 7:30 p.m., **Michael Arevalo Jr**. applied for admission into the United States at the Douglas, Arizona Port of Entry (POE) as the driver of a black 1999 Dodge Durango bearing Arizona license plate 96A583.   **Arevalo's** mother was sitting in the front passenger seat and was the only other visible occupant in the Durango.   Customs and Border Protection Officers (CBPO) were conducting a Z-Portal operation and scanned the Durango revealing an anomaly in the rear of the Durango.   Upon further inspection, CBPOs discovered two individuals hidden in the back seat, including Jhonny Lino-Guadamud.   Jhonny Lino-Guadamud and the other individual were both determined to be citizens of Ecuador without legal authorization to enter or remain in the United States.

After waiving his *Miranda* rights, **Michael Arevalo Jr.** admitted to attempting to smuggle the two illegal aliens because he needed the money.   He stated that he would be paid $1,000 to cross the illegal aliens through the POE and drop them off at Walmart in Douglas, Arizona.   **Arevalo Jr.** had $4,460 in his possession that he claimed were wages from his employment as a property manager of a trailer park in Douglas, Arizona.   He stated that he makes $1,000 a month as a property manager.   **Arevalo Jr**. stated he did not want to do it at first because he feared getting caught.   Agents asked **Arevalo Jr.** if there are any messages in his phone related to the smuggling attempt, to which he answered "yes." **Arevalo Jr**. stated that he messaged with an individual regarding the smuggling attempt. **Arevalo Jr.** consented to a manual search of his phone. Agents discovered WhatsApp voice messages in Spanish between **Arevalo Jr**. and a contact labeled "Chiflin" discussing the meetup location in Mexico.   One message said, "the same place as last time."

**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jhonny Lino-Guadamud |
|---|

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>RYAN J DOLAN  Digitally signed by RYAN J DOLAN<br>Date: 2026.01.09 12:15:59 -07'00' |
|---|---|
| | OFFICIAL TITLE and NAME<br>Homeland Security Investigations Special Agent<br>Ryan Dolan |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau* | DATE<br>January 9, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from previous page.**                                                        **26-07092MJ**

Material witness Jhonny Lino-Guadamud told CBPOs that he paid $22,000 to attempt to cross the border into the United States.   The driver of the Durango asked him and the other individual to get in the back seat of the Durango and hide while making entry into the United States.